IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-312-GCM

| | |
|---|---|
| PLAYVISION LABS, INC., )<br>Plaintiff, )<br>v. )<br>)<br>NINTENDO OF AMERICA, INC., )<br>Defendant. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **John Whitman Crittenden,** filed July 11, 2014 [doc. # 8].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Crittenden is admitted to appear before this court *pro hac vice* on behalf of defendant, Nintendo of America, Inc..

**IT IS SO ORDERED.**

Signed: July 14, 2014

Graham C. Mullen
United States District Judge