IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-312-GCM

| | |
|---|---|
| PLAYVISION LABS, INC., Plaintiff, v. NINTENDO OF AMERICA, INC., Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Brendan Joseph Hughes,** filed July 11, 2014 [doc. # 9].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Hughes is admitted to appear before this court *pro hac vice* on behalf of defendant, Nintendo of America, Inc..

**IT IS SO ORDERED.**

Signed: July 14, 2014

Graham C. Mullen
United States District Judge